CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RH

MAR 10 2011

JULIA C. DUDLEY, CLERK
BY: /s/ H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ATHENA FAYE CASS,<br>    Plaintiff, | Civil Action No.7:11-cv-00016 |
| v. | **ORDER** |
| OFFICER W.A. SIMPSON,<br>    Defendant. | By:   Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** and the action **STRICKEN** from the active docket of this court. Plaintiff may refile her claims in a new and separate action.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 10th day of March, 2011

/s/ Jackson L. Kiser
Senior United States District Judge